**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-6226**

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

   v.

DEREK DESHAUD FAULCON, a/k/a Pegleg,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, District Judge.  (2:13-cr-00055-MSD-DEM-1)

Submitted:  July 22, 2016        Decided:  August 2, 2016

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Derek Deshaud Faulcon, Appellant Pro Se. V. Kathleen Dougherty, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek Deshaud Faulcon appeals the district court's order dismissing his motion to dismiss the indictment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Faulcon, No. 2:13-cr-00055-MSD-DEM-1 (E.D. Va. Jan. 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED